UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LEIGH MIKAELIAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>　　　　　　　Defendant. | CASE NO. EDCV 10-1328-JHN (AGR)<br><br>JUDGMENT |

　　　In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff reversing the decision of the Commissioner and remanding this matter for further proceedings.

DATED: May 3, 2012

　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE