ALFONSO J. MIGLIORE [CSBN 147316]
174 W. Lincoln Avenue, #102
Anaheim, CA 92805
Telephone:  1-888-407-3412
Facsimile:  1-888-407-3412
Email:  alfonso.migliore@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMIE LEIGH MIKAELIAN,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  5:10-CV-01328-AGR<br><br><u>ORDER AWARDING</u><br><u>EAJA FEES AND COSTS</u> |

   Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to EAJA and Costs ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) and costs are awarded in the amount of THREE HUNDRED AND FIFTY DOLLARS AND 00/100 ($350.00), subject to the terms of the Stipulation.

DATE: June 14, 2012      */s/ Alicia G. Rosenberg*

                    HON. ALICIA G. ROSENBERG
                    UNITED STATES MAGISTRATE JUDGE

-1-